IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 09-729 |
| BILAL HUSSEIN HAMDEN<br>ALI KASSEM EL-SIBAI | : | |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT AGAINST DEFENDANTS BILAL HUSSEIN HAMDEN AND ALI KASSEM EL-SIBAI

Comes now the United States of America, by William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Nancy Beam Winter and Vineet Gauri, Assistant United States Attorneys for the District, and hereby requests the Court to dismiss the indictment against defendant Bilal Hussein Hamden, who was charged with a single count of interstate transportation of stolen goods, in violation of 18 U.S.C. § 2314 (Count 2), and Ali Kassem El-Sibai, who was charged with a single count of conspiracy to commit visa fraud, in violation of 18 U.S.C. § 371 (Count 33).

In support of this request, the government avers that it has reviewed the available evidence against defendants Bilal Hussein Hamden and Ali Kassem El-Sibai and such evidence no longer supports prosecution of these defendants in this matter. Accordingly, the government respectfully requests that the Court dismiss with prejudice both Indictment No. 09-729-6 against Bilal Hussein Hamden and Indictment No. 09-729-8 against Ali Kassem El-Sibai.

Respectfully submitted,

Dated: July 12, 2018

WILLIAM M. McSWAIN
United States Attorney

NANCY BEAM WINTER
VINEET GAURI
Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 09-729 |
| BILAL HUSSEIN HAMDEN<br>ALI KASSEM EL-SIBAI | : | |

## ORDER

AND NOW, this _____ day of July, 2018, based upon the motion of the government, it is hereby

**ORDERED**

that:

(1) Indictment No. 09-729-6 be **DISMISSED WITH PREJUDICE** against defendant Bilal Hussein Hamden; and

(2) Indictment No. 09-729-8 be **DISMISSED WITH PREJUDICE** against defendant Ali Kassem El-Sibai.

BY THE COURT:

_____
HONORABLE MARK A. KEARNEY
United States District Judge