IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL |
| | : |
| v. | : |
| | : NO.  09-729-6, 8 |
| BILAL HUSSEIN HAMDEN and | : |
| ALI KASSEM EL-SIBAI | : |

**ORDER**

AND NOW, this 16th day of July 2018, upon consideration of the United States' Motion to dismiss the indictment (ECF Doc. No 313), it is **ORDERED** the United States' Motion (ECF Doc. No. 313) is **GRANTED.** The Indictment (ECF Doc. No. 1) and Superseding Indictment (ECF Doc. No. 51) against Defendants Bilal Hussein Hamden and Ali Kassem El-Sibai <u>only</u> are **DISMISSED WITH PREJUDICE**.

_____
KEARNEY, J.